

# NUMBER 13-10-00103-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**TIMOTHY STRICKER,**                                         **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                       **Appellee.**

### On Appeal from the 105th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Vela
### Memorandum Opinion Per Curiam

Appellant, Timothy Stricker, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.   Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of November, 2010.